IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED 2011 MAR 23 PM 12:49**
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:

CASE NO. 09-37946-W

JUDGE MARY ANN WHIPPLE

SCOTT MATTHEW DICKMAN
ANGELA DAWN DICKMAN

William L. Swope, Trustee
221 South Main Street
Findlay, Ohio 45840
(419) 422-0288
Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
| --- | --- |
| OB/GYN Specialists Of Lima, Inc.<br>830 West High Street, Ste. 101<br>Lima, OH 45801-3968 | $0.84 |
|  | $0.84 |

A check for $0.84 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: March 22, 2011

William L. Swope
Trustee